FILED
CLERK U.S. DISTRICT COURT

OCT - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

1  STEVE K. WASSERMAN, ESQ. (Bar No. 58573)
      swasserman@wccelaw.com
2  KATHRYN S. MARSHALL (Bar No. 175081)
      kmarshall@wccelaw.com
3  WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
   5567 Reseda Boulevard, Suite 330
4  Post Office Box 7033
   Tarzana, California 91357-7033
5  Telephone: (818) 705-6800 • (323) 872-0995
   Facsimile: (818) 345-0162
6
   Attorneys for Plaintiff, BONITA
7  FABRICS, INC.

Priority ___
Send ___
Enter ___
Closed ___
~~JS~~-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

BONITA FABRICS, INC.,

   Plaintiff,

vs.

THE ORIGINAL, INC., a California Corporation; JNS INTERNATIONAL, INC., a California Corporation; and DOES 1 to 20,

   Defendants.

CASE NO. CV10-4856 SVW (VBKx)
*Honorable Stephen V. Wilson*

[PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANTS, THE ORIGINAL, INC. AND JNS INTERNATIONAL, INC. PURSUANT TO FED. R. CIV. P. 41

Complaint Filed: June 30, 2010

The action, entitled *Bonita Fabrics, Inc. v. The Original, Inc. and JNS International, Inc.*, Case No. CV10 4856 SVW (VBKx) is hereby dismissed with prejudice, each party shall bear their own attorneys' fees, expenses and costs.

IT IS SO ORDERED :

DATED: October 5, 2010

_____
HONORABLE STEPHEN V. WILSON

966242.1

[PROPOSED] ORDER